FILED
 2019 Jan-10  PM 03:43
U.S. DISTRICT COURT
   N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SUSAN ISMAIL,<br><br>    Plaintiff,<br><br> -v-<br><br>PHILLIPS & COHEN, ASSOCIATES, LTD.;<br>CITIBANK N.A.<br><br>    Defendants. | Civil Action No.: 2:18-cv-01859-JEO |

## DEFENDANT CITIBANK, N.A.'S
## <u>RULE 7.1 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Citibank, N.A. certifies that it is a non-governmental corporate party, owned by Citigroup, Inc., a publicly traded corporation. Defendant Citibank believes that the outcome of these proceedings will not substantially affect Citigroup's stock, equity, or debt.

Dated: January 10, 2019

               Respectfully submitted,

               By: */s/ Danielle K. Greco*
               Danielle K. Greco
               **TROUTMAN SANDERS LLP**
               305 Church at North Hills Street, Suite 1200
               Raleigh, NC 27609
               T: 919.835.4147
               F: 919.835.4101
               Email: Danielle.greco@troutman.com

37554681v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

/s/ *Danielle K. Greco*
Danielle K. Greco

**TROUTMAN SANDERS LLP**
*Attorneys for Defendant*
*Citibank, N.A.*