FILED
2019 Jan-23 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SUSAN ISMAIL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NUMBER:** |
| | ) | **2:18-cv-01859-JEO** |
| **PHILLIPS & COHEN, ASSOCIATES,** | ) | |
| **LTD.; CITIBANK N.A.;** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTION TO DISMISS
### DEFENDANT CITIBANK, N.A. WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, by and through her counsel of record, and moves the Court for an Order dismissing any and all claims asserted by the Plaintiff against the Defendant designated as Citibank, N.A. , without prejudice, and **with any and all claims against all other named Defendants to remain pending.**

              /s/ *W. Whitney Seals*
              W. WHITNEY SEALS,
              Attorney for Plaintiff

OF COUNSEL:

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of January, 2019, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Danielle K. Greco (ASB-5970-I69G)
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Telephone: 919-835-4147
Fax: 919-835-4101
Email: danielle.greco@troutman.com

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

    None.

        /s/ *W. Whitney Seals*
        W. WHITNEY SEALS,
        Attorney for Plaintiff