FILED
2019 Feb-05  PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SUSAN ISMAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-01859-JEO |
| ) | |
| PHILLIPS & COHEN ASSOCIATES ) | |
| LTD. and CITIBANK NA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On January 10, 2019, Defendant Citibank NA filed a motion to dismiss the complaint on the merits. (Doc. 8). In response to that motion, on January 23, 2019, Plaintiff filed a motion to dismiss Citibank NA without prejudice. (Doc. 17). Citibank did not file a reply stating its opposition or consent to a dismissal without prejudice. Accordingly, Defendant's motion to dismiss (doc. 8) is **MOOT** and Plaintiff's motion to dismiss (doc. 17) is **GRANTED**. Defendant Citibank NA is **DISMISSED WITHOUT PREJUDICE**. All claims against Defendant Phillips & Cohen Associates Ltd remain.

**DONE** this 5th day of February, 2019.

_John E. Ott_
**JOHN E. OTT**

Chief United States Magistrate Judge